ACCEPTED
01-15-00773-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/29/2015 6:59:11 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00773-CV

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2015 6:59:11 PM
CHRISTOPHER A. PRINE
Clerk

BERNICE YOST SPECIAL CONSERVATOR FOR GEORGIA COX

*Appellant*

v.

JAMES FAILS

*Appellee*

On Appeal from Probate Court No. 3 of Harris County, Texas
Cause No. 412,338
Honorable Rory Olsen, Presiding

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant, Bernice Yost special Conservator for Georgia Cox, files this motion for a 30-day extension of time to file its Brief as Appellant.

The Brief is currently due on January 4, 2016. Appellant requests a 30-day extension of this deadline, making its Brief due on February 3, 2016. This is Appellant's first request for an extension of this deadline. The request is unopposed.

Appellant's counsel need additional time to file this brief. In addition to the intervening holidays, counsel have been working diligently to comply with concurrent deadlines and briefing requirements in several other matters, including the following:

- Preparation of Motion for New Trial and Motion for Judgment Notwithstanding the Verdict in Cause No. 2013-1615-B; *William Crist, et al. v. Jeremy Oney, et al.*; In the 124th Judicial District Court of Gregg County, Texas (December 9, 2015);

- Attend court-ordered mediation in Cause No. 348-259418-12; *Pamela Andrews Hicks, et al. v. Gary Salinski, et al.*; in the 348th District Court of Tarrant County, Texas (December 11, 2015);

- Prepare and file Appellee's Brief in Cause No. 06-15-00044-CV; *Burlington Resources Oil & Gas Company LP v. PetroMax Operating Co., Inc., et al.*; in the Sixth District Court of Appeals, Texarkana, Texas (December 21, 2015);

- Prepare for and attend post-trial motions hearing in Cause No. 11-CV-0697; *Michael Standley, et ux. v. Maravilla Owners' Association, Inc., et al.*, In the 10th Judicial District Court of Galveston County, TX (December 30, 2015);

- Prepare for filing Reply in Support of Petition for Review in Cause No. 15-0502; *Noble Energy, Inc. v. ConocoPhillips Company*; in the Supreme Court of Texas (due January 8, 2016); and

- Prepare for filing of Petition for Review in Cause No. 15-0749; *National Union Fire Insurance Company of Pittsburgh, PA v. Doe #1, et al.*; in the Supreme Court of Texas (due January 14, 2016).

Lastly, Counsel Andrea G. Tindall has been on maternity leave, and is not scheduled to return to work until Monday, January 4, 2016.

2

WHEREFORE, Appellant Bernice Yost special Conservator for Georgia Cox respectfully requests a 30-day extension of time to file its Brief as Appellant, making it due February 3, 2016.

Respectfully submitted,

*/s/ Wanda McKee Fowler*
Thomas C. Wright
State Bar No. 22059400
Wanda McKee Fowler
State Bar No. 13698700
Andrea G. Tindall
State Bar No. 24079467
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, TX 77056
713-572-4321
713-572-4320 Facsimile
wright@wrightclose.com
fowler@wrightclose.com
tindall@wrightclose.com

*/s/ John T. Elliott*
John T. Elliott
State Bar No. 24055444
Sharon C. Stodghill
State Bar No. 00785058
LAW OFFICE OF SHARON C. STODGHILL
952 Echo Lane, Suite 330
Houston, TX 77024
Tel: 713-464-6412
Fax: 713-827-7483
John.elliott@scslawyer.com

OF COUNSEL:

Gus G. Tamborello
State Bar No. 19632000
GUS G. TAMBORELLO, P.C.
2900 Weslayan, Suite 150
Houston, TX 77027
Tel: 713-659-7777
Fax: 713-659-7780
gus@tamborellolaw.com

***Attorneys for Bernice Yost,
Special Conservator for Georgia Cox***

## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel regarding the filing of this motion. This motion is unopposed.

/s/ Wanda McKee Fowler
Wanda McKee Fowler

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on December 29, 2015, electronically through the electronic filing manager in compliance with the Texas Appellate Rules of Civil Procedure:

| | |
|---|---|
| Michael Scott Thomas | Roy Camberg |
| THOMAS & WILLIAMS, LLP | THE CAMBERG LAW FIRM, P.C. |
| 2626 S. Loop West, Suite 561 | 17225 El Camino Real, Suite 444 |
| Houston, TX 77054 | Houston, Texas 77057 |
| mstlawyer@aol.com | roy@camberglawfirm.com |
| 713-665-8562 (fax) | 281-486-4695 (fax) |
| ***Attorneys for James Sampson Fails*** | ***Temporary Administrator*** |

*/s/ Wanda McKee Fowler*
Wanda McKee Fowler